UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Arthur Gabriel Nunes Dos Reis**


**v.**

**Wesling et al**


**CIVIL ACTION NO. 1:25-13502-MJJ**


**ORDER OF DISMISSAL**


**JOUN, D.J.**


In accordance with the Respondents' Status Report dated December 8, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


June 23, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**